IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CINDY G. TAYLOR, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:04-CV-2340-M |
| v. § | |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on Plaintiff's motion for summary judgment set forth in her *Opening Brief*, filed April 28, 2005, and Defendant's *Motion for Summary Judgment*, filed July 27, 2005. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

The motion for summary judgment in Plaintiff's *Opening Brief*, filed April 28, 2005, is **DENIED**, Defendant's *Motion for Summary Judgment*, filed July 27, 2005, is **GRANTED**, and the final decision of the Commissioner is hereby **AFFIRMED**

SIGNED this 13 day of June, 2007.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE